UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-40(1) (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF REPRESENTATION** |
| NEKIMA LEVY-ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that undersigned counsel Jordan S. Kushner is representing Defendant Nekima Levy-Armstrong as private counsel in the above-captioned case.

Dated:  January 24, 2026                    LAW OFFICE OF JORDAN S. KUSHNER

                                                               By s/Jordan S. Kushner
                                                                 Jordan S. Kushner, ID 219307
                                                                 Attorney for Defendant
                                                                 431 South 7th Street, Suite 2446
                                                                Minneapolis, Minnesota  55415
                                                                 (612) 288-0545
                                                                 jskushner@gmail.com